NEWMEYER & DILLION LLP
JEFFREY M. DENNIS, CBN 190345
Jeff.Dennis@ndlf.com
JOHN E. BOWERBANK, CBN 211566
John.Bowerbank@ndlf.com
ULIANA A. KOZEYCHUK, CBN 258984
Uliana.Kozeychuk@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant
KB HOME, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MITRA ANSARI,<br><br>    Plaintiff,<br><br>vs.<br><br>KB HOME INC.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. ASSET-BACKED CERTIFICATES, SERIES 2003-11; LITTON LOAN SERVICING LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO.: 2:11-cv-07250-JHN –PJWx**<br><br>**Assigned to Hon. Jacqueline H. Nguyen**<br><br>**JUDGMENT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

On February 16, 2012, the Honorable Jacqueline H. Nguyen granted defendant KB Home, Inc. ("KB Home") motion to dismiss pursuant to F.R.Civ.P. 12(b)(6) as to all claims against KB Home.

**JUDGMENT IS HEREBY ENTERED ACCORDINGLY** in favor of Defendant KB Home, Inc. as to the federal claims brought under the Fair Debt

1  Collection Practices Act and the Real Estate settlement Procedures Act.
2      The remaining state law claims are DISMISSED for lack of jurisdiction.

4  DATED: February 29, 2012

                                     HONORABLE JACQUELINE H. NGUYEN

3089962.1