1  NEWMEYER & DILLION LLP
   JEFFREY M. DENNIS, CBN 190345
2  Jeff.Dennis@ndlf.com
   JOHN E. BOWERBANK, CBN 211566
3  John.Bowerbank@ndlf.com
   ULIANA A. KOZEYCHUK, CBN 258984
4  Uliana.Kozeychuk@ndlf.com
   895 Dove Street, 5th Floor
5  Newport Beach, California  92660
   (949) 854-7000; (949) 854-7099 (Fax)
6
   Attorneys for Defendant
7  KB HOME, INC.

8                   UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11

12  MITRA ANSARI,                          **CASE NO.: 2:11-cv-07250-JHN –PJWx**

13            Plaintiff,                   Assigned to Hon. Jacqueline H. Nguyen

14  vs.                                    **JUDGMENT**

15  KB HOME INC.; THE BANK OF
    NEW YORK MELLON F/K/A THE
16  BANK OF NEW YORK AS
    TRUSTEE FOR THE
17  CERTIFICATEHOLDERS OF
    CWMBS, INC. ASSET-BACKED
18  CERTIFICATES, SERIES 2003-11;
    LITTON LOAN SERVICING LP;
19  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, and
20  DOES 1-10, inclusive,

21            Defendants.

22

23       TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

24       On February 16, 2012, the Honorable Jacqueline H. Nguyen granted

25  defendant KB Home, Inc. ("KB Home") motion to dismiss pursuant to F.R.Civ.P.

26  12(b)(6) as to all claims against KB Home.

27       **JUDGMENT IS HEREBY ENTERED ACCORDINGLY** in favor of

28  Defendant KB Home, Inc. as to the federal claims brought under the Fair Debt

1  Collection Practices Act and the Real Estate settlement Procedures Act.
2      The remaining state law claims are DISMISSED for lack of jurisdiction.

4  DATED: February 29, 2012

                              HONORABLE JACQUELINE H. NGUYEN

6  3089962.1